IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GEORGE MARTIN, | No C 11-03788 CRB (PR) |
| Plaintiff. | ORDER |

On August 2, 2011, the clerk filed as a new action a letter by plaintiff challenging his double cell assignment. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

Good cause appearing, plaintiff's request for an extension of time to submit the requisite items is GRANTED. Plaintiff shall file the requisite items by no later than September 30, 2011. No further extensions will be granted.

SO ORDERED.

Dated: Sept. 14, 2011

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Martin, G1.or1.wpd