IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE GEORGE MARTIN,  )   No. C 11-03788 CRB (PR)
Plaintiff.            )   ORDER OF DISMISSAL

On August 2, 2011, the clerk filed as a new prisoner action a letter sent by plaintiff requesting help as a *Plata* class action member due to his medical needs. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite $350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

On August 22, 2011, plaintiff sought an extension of time which the court granted per order filed on September 15, 2011. The court again advised plaintiff that failure to file the requested items within 30 days would result in dismissal of the action.

1  More than 40 days have elapsed; however, plaintiff has not provided the
2  court with the requisite $350 filing fee or a signed and completed court-approved
3  in forma pauperis application. The action is DISMISSED without prejudice.
4  The clerk shall close the file and terminate all pending motions (see e.g.
5  docket number 5) as moot.
6  SO ORDERED.
7  DATED: Oct. 18, 2011      _____
8                                   CHARLES R. BREYER
                                 United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28